IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, MISSOURI, ) | | |
| doing business as CITY UTILITIES ) | | |
| OF SPRINGFIELD, MISSOURI., et al., ) | | |
| ) | | |
| Petitioners ) | | |
| ) | | |
| v. ) | No. 00-1223 | |
| ) | | |
| ENVIRONMENTAL PROTECTION ) | | |
| AGENCY, ) | | |
| _____ ) | | |

## EPA'S STATUS REPORT

On May 10, 2000, most of the parties in *Appalachian Power Company, et al. v. EPA*, No. 99-1200 and consolidated cases, filed with this Court a motion to hold in abeyance all challenges in those cases to the determinations by respondent Environmental Protection Agency ("EPA") in its rules under section 126 of the Clean Air Act, 42 U.S.C. § 7426, that are based on the "8-hour" national ambient air quality standard for ozone that EPA promulgated in 1997 (hereinafter "8-hour determinations"). On May 31, 2000, the Court granted that motion, ordering those challenges held in abeyance pending further order of the Court. The Court severed those challenges from No. 99-1200 and assigned them to docket captioned above. The Court's May 31, 2000 order directed the parties to file status reports in this case 60 days from the date of that order and at 60-day intervals thereafter.

Because EPA's section 126 rules provide that the effectiveness of the 8-hour determinations is stayed, and that stay is in effect, the Court should continue to hold this case in abeyance.

Respectfully submitted,

*/s/ David Kaplan*
DAVID J. KAPLAN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0997

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2025, the foregoing Status Report was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

*/s/ David Kaplan*